# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Willie Antonio Simpkins,

       Petitioner,

vs.

United States of America,

       Respondent.

JUDGMENT IN A CIVIL CASE

3:08-cv-423
(3:07-cr-270)

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2010 Order.

       Signed: October 7, 2010

Frank G. Johns, Clerk
United States District Court